**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEAMFITTERS LOCAL 449 PENSION
PLAN, Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiff,

-against-

SKECHERS U.S.A., INC., ROBERT
GREENBERG and DAVID WEINBERG,
                        Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2019
```

17 **CIVIL** 8107 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2019, Defendants' motion to dismiss the complaint with prejudice is granted; judgment is entered for Defendants'; accordingly, the case is closed.

**Dated:** New York, New York
        September 24, 2019

                                              RUBY J. KRAJICK
                                              Clerk of Court
                             BY:
                                              Deputy Clerk

                                              THIS DOCUMENT WAS ENTERED
                                              ON THE DOCKET ON 9/29/2019